**GOOD LAW, P.C.**
Gregory E. Good, SB # 014445
3430 E. Sunrise Drive, Suite 170
Tucson, Arizona 85718
Telephone: (520) 628-8221
Facsimile: (520) 547-0394

**HOWARD, PHILLIPS & ANDERSEN**
Gregory D. Phillips
560 East 200th Street, Suite 230
Salt Lake City, Utah 84102
Telephone: 801-366-7471
Facsimile: 801-366-7706
**Attorneys for Plaintiffs**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **VOLVO TRADEMARK HOLDING AB**, a corporation organized under the laws of Sweden, and **VOLVO CARS OF NORTH AMERICA, L.L.C.**, a limited liability company organized under the laws of New Jersey,<br><br>    Plaintiffs,<br>v.<br><br>**AGA & SONS, INC.**, a corporation organized under the laws of Arizona, and **ANDREW ARAGON**, an individual and doing business as **REVOLVSTORE SERVICE CENTER, UNIQUE EUROPEAN AUTOMOTIVE L.L.C**, a limited liability company organized under the laws of Arizona, and doing business as **REVOLVSTORE VINTAGE VOLVO**, and **JOHN M. WHITE**, an individual,<br><br>    Defendants. | Civ. No.: 4:11-CV-00714-TUC-RCC<br><br><br><br>**FINANCIAL INTEREST DISCLOSURE STATEMENT** |

  Pursuant to Rule 7.1 of the *Federal Rules of Civil Procedure* and Local Rule 7.1 and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the

1

undersigned counsel for Plaintiffs Volvo Trademark Holding AB, and Volvo Cars of North America, LLC (collectively "Volvo") certify that the following are parents, trusts, subsidiaries and/or affiliates of Volvo that have issued shares or debt securities to the public or that own more than ten percent of the stock of Volvo:

1. Ford Motor Company owns Plaintiff Volvo Cars of North America, LLC as a wholly-owned subsidiary. Plaintiff Volvo Trademark Holding AB is owned 50% by Volvo Car Corporation and 50% by AB Volvo, both corporations organized under the laws of Sweden.

**RESPECTFULLY SUBMITTED** this _5_ day of November 2011,

**HOWARD PHILLIPS & ANDERSEN**
Gregory D. Phillips
Scott R. Ryther

**GOOD LAW, P.C.**

_____
Gregory E. Good
Attorneys for Plaintiffs