E-Z MESSENGER
65 E. Pennington Street
Tucson, AZ 85701
(520) 623-8436   FAX: (520) 624-1819



IN THE UNITED STATES DISTRICT COURT
PIMA
STATE OF ARIZONA

**VOLVO TRADEMARK HOLDING AB, ET AL**
        VS
**AGA & SONS, INC., ET AL**

CASE NO. 4:11-CV-00714-RCC

---

STATE OF ARIZONA    )
PIMA COUNTY    )

AFFIDAVIT OF SERVICE

THE AFFIANT, being sworn, states: That I am a private process server registered in PIMA COUNTY and an Officer of the Court.  On 11/17/11 I received the SUMMONS IN A CIVIL ACTION; MOTION FOR PRELIMINARY INJUNCTION AND MEMORANDUM OF POINTS AND AUTHORITIES; FINANCIAL INTEREST DISCLOSURE STATEMENT; VERIFIED COMPLAINT FOR INJUNCTIVE RELIEF; EXHIBITS A-D; ATTACHMENTS

from GOOD LAW, P.C. and by GREGORY E. GOOD in each instance I personally served a copy of each document listed above upon:
ANDREW G. ARAGON, AN INDIVIDUAL AND DOING BUSINESS AS REVOLVSTORE SERVICE CENTER, BY SERVICE UPON JERRY S. SMITH, ESQ. on 11/18/11 at 1:30 pm at 2329 N. TUCSON BLVD. TUCSON, AZ 85716 PIMA COUNTY in the manner shown below:

by leaving true copy(ies) of the above documents with JERRY SMITH, ATTORNEY, STATED AUTHORIZED TO ACCEPT.

Description: WHITE, Male, Approx. 35 yrs. of age, 5' 10" tall, Weighing 155lbs., GREEN Eyes, BROWN Hair,

GEOFFREY L. KELLY, ACPS    Affiant
Sworn to before me the Nov 21, 2011

Priscilla C. Dominguez    Notary
My Commission Expires 12/21/2015

2155017 2690
ORIGINAL

| | |
|---|---|
| SERVICE OF PROCESS $ | 16.00 |
| SERVICE CHARGE $ | 8.00 |
| AFFIDAVIT PREP/NOTARY $ | 10.00 |
| TOTAL $ | 34.00 |